IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAVANNAH LICENSING, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 1:22-cv-00138-CFC |
| | ) | |
| | ) | |
| SNAPCHAT, INC. | ) | JURY TRIAL DEMANDED |
|     Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Savannah Licensing, LLC stipulates to the dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| May 13, 2022 | CHONG LAW FIRM PA |
| | |
| OF COUNSEL: | */s/ Jimmy Chong* |
| **Ramey LLP** | Jimmy Chong (#4839) |
| William P. Ramey, III (pro hac anticipated) | 2961 Centerville Road, Suite 350 |
| Texas Bar No. 24027643 | Wilmington, DE 19808 |
| 5020 Montrose Blvd., Suite 800 | Telephone: (302) 999-9480 |
| Houston, Texas 77006 | Facsimile: (302) 800-1999 |
| Telephone: (713) 426-3923 | Email: chong@chonglawfirm.com |
| Facsimile: (832) 900-4941 | |
| wramey@rameyfirm.com | *SAVANNAH LICENSING, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that May 13, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jimmy Chong*
Jimmy Chong (#4839)